UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GWYNNE GRIJALVA and HUGO GRIJALVA PEREZ, :
:
                Plaintiffs, : **ORDER**
   v. : 22-CV-846 (WFK)
:
ANTONY J. BLINKEN, et al., :
:
                Defendants. :
------------------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

        On October 24, 2024, the Honorable Magistrate Judge Taryn A. Merkl issued a Report and Recommendation ("R&R"), ECF No. 62, recommending granting Plaintiff's motion to reopen, ECF No. 56.

        The parties did not file any objections to the R&R, which were due by Thursday, November 7, 2024. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). The Court reviews an R&R for clear error when no objections have been filed. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). The Court finds no such error here and therefore adopts the R&R in its entirety. Specifically, the Court GRANTS Plaintiffs' motion at ECF No. 56 to reopen the case. The Court further GRANTS Plaintiffs leave to file on ECF an amended complaint by Tuesday, November 12, 2024, and DIRECTS Defendants to answer, file a motion, or otherwise respond to the amended complaint on ECF by Friday, December 13, 2024.

                                    **SO ORDERED.**

                                      **s/ WFK**
                                HON. WILLIAM F. KUNTZ, II

UNITED STATES DISTRICT JUDGE

Dated: November 8, 2024
       Brooklyn, New York